UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sadeq A. Mohssen,

       Plaintiff,

v.

Commissioner of Social Security,

       Defendant.

_____/

Case No. 12-14501

Honorable Nancy G. Edmunds

**ORDER AND OPINION ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S OCTOBER 28, 2013 REPORT AND RECOMMENDATION [15] AND OVERRULING PLAINTIFF'S OBJECTIONS [16]**

This matter came before the Court on the magistrate judge's October 23, 2013 report and recommendation.  (Dkt. 15.)  The magistrate recommended denying Plaintiff Sadeq A. Mohssen's motion for summary judgment for his judicial review of the denial of his Social Security benefits application.  (*Id.*)  Plaintiff objected to the magistrate judge's report and recommendation, arguing that the administrate law judge did not properly weigh Plaintiff's treating physicians' opinions properly and did not request a treating physician to supplement the record.  (Dkt. 16.)

The Court has reviewed Plaintiff's objections, de novo, and overrules them.  The Court agrees with the magistrate judge and his recommendation.

Being fully advised in the premises, having read the pleadings, and for the reasons set forth above, the Court ACCEPTS and ADOPTS the magistrate judge's report and

recommendation and therefore OVERRULES Plaintiff's objections, GRANTS Defendant's

motion for summary judgment, and DENIES Plaintiff's motion for summary judgment.

So ordered.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  November 20, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record
on November 20, 2013, by electronic and/or ordinary mail.

s/Johnetta M. Curry-Williams
Case Manager
Acting in the Absence of Carol A. Hemeyer